IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ELIZABETH JACKSON, :
:
    Plaintiff, :
:
v. : CASE NO.: 1:06-CV-45 (WLS)
:
MICHAEL J. ASTRUE, *Commissioner* :
*of Social Security*, :
:
    Defendant. :
:
_____:

### ORDER

    Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed April 8, 2011. (Doc. 34). It is recommended that Plaintiff's Renewed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 31) be granted, with instructions. (Doc. 34 at 2). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1), which objection period expired on April 22, 2011.

    Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 34) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Renewed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 31) is **GRANTED**.

    The Social Security Administration is **ORDERED** to forward to Plaintiff's attorney forthwith $8,981.18, said sum representing a contingency fee agreement of twenty-five percent (25%) of Plaintiff's past due benefits, and Plaintiff's counsel is **ORDERED** to refund Plaintiff

1

the prior award of attorney's fees under the Equal Access to Justice Act, a total of $4,163.45, upon receipt of the contractually agreed contingency fee (Doc. 25).

**SO ORDERED**, this 6th day of May, 2011.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**